

NUMBERS 13-19-00138-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RANDY WILLIAMS,                                                                      Appellant,

v.

THE STATE OF TEXAS,                                                                  Appellee.

On appeal from the 94th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Longoria**

Appellant Randy Williams, proceeding pro se, filed a notice of appeal and amended notices of appeal regarding an order allegedly signed in a proceeding held pursuant to article 64.05 of the Texas Code of Criminal Procedure in cause number 85-CR-456-C. *See* TEX. CODE CRIM. PROC. ANN. § 64.05 (providing for appeals in cases

involving motions for forensic DNA testing). Appellant did not provide the Court with a copy of the order subject to appeal, and the deputy district clerk has informed this Court that the trial court has not signed a judgment or order regarding this matter.

On April 2, 2019, the Clerk of this Court notified appellant that it appeared that there was not a final, appealable judgment in this case and requested correction of this defect if it could be done. *See* TEX. R. APP. P. 37.1. The Clerk notified appellant that the appeal would be dismissed if the defect was not cured. Appellant filed a second amended notice of appeal but has not corrected the defect.

The Court, having examined and fully considered the notice of appeal and the matters before the Court, is of the opinion that there is not an appealable order and this Court lacks jurisdiction over the matters here. Because there is no appealable order, we DISMISS the appeal for want of jurisdiction. All pending motions, if any, are likewise DISMISSED.

NORA L. LONGORIA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of July, 2019.